AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: ED19-0553M | Date and time warrant executed: N/A | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: G. Rodriguez, USPI. | | |
| Inventory of the property taken and name of any person(s) seized: | | |

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See attachment.

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 10/26/2019

_Executing officer's signature_

Gabriel Rodriguez, U.S. Postal Inspector
_Printed name and title_



| UNITED STATES POSTAL INSPECTION SERVICE | CASE NUMBER: | 2898505-MT |
|---|---|---|
| LOS ANGELES DIVISION | DATE: | 10/26/2019 |
| | CITY: | Hemet, CA |

## SUPPLEMENTAL INVESTIGATION REPORT

| CODE SECTION AND DESCRIPTION (ONE INCIDENT ONLY) | | | INCIDENT DATE: | |
|---|---|---|---|---|
| Title 18, U.S.C., 1708, 1028A, 1344 | | | 09/07/2019 | |
| LOCATION OF INCIDENT | | | | |
| Hemet, CA | | | | |
| INVESTIGATOR | ARJIS | AGENCY/DIVISION | DATE OF FOLLOW-UP | |
| Postal Inspector G. Rodriguez | | United States Postal Inspection Service | | |
| PRIMARY VICTIM'S NAME | | PRIMARY SUSPECT'S NAME | SUSPECT'S DOB / AGE RANGE | |
| Various | | Larisa B. Kowalski | See below | |

## SUSPECT INFORMATION

**NAME OF OFFENDER:** Larisa Beth Kowalski ("KOWALSKI")

**DATE OF BIRTH:** xxx

**ADDRESS:** xxx

**SOCIAL SECURITY NUMBER:** xxx

**FBI NUMBER:** xxx

## Attachment to Federal Search Warrant Return

On October 11, 2019, the following two items of evidence were sent to the U.S. Postal Inspection Service's Digital Forensic Unit Laboratory in Richmond, CA for forensic analysis. Both items were going to be search in accordance with Federal Search Warrant number ED19-0553M dated October 10, 2019.

- A01555616 - Black LG cellphone LG-Q71OAL, IMEID 089458280009770067
- A01555617 - White Samsung Galaxy S10 cellphone IMEID 354417100791582

Both phones were Larisa Kowalski's property seized during her arrest. The arresting officer obtained consent and quickly looked through the phones. The arresting officer stated there was evidence of fraud in the phones to include pictures of ID's, cards, etc.

The evidence was sent overnight using USPS Express Mail in accordance with agency policy using tracking number EF182610159US. The parcel with the evidence was mailed on October 11, 2019 from San Bernardino, CA and scanned delivered on October 12, 2019 in Richmond, CA. The parcel arrived on a Saturday and the coming Monday was a Federal Holiday, therefore the parcel would not be delivered until Tuesday October 15, 2019. The parcel was never delivered and has been missing since. Several efforts have been made to locate the parcel by both the Postal Service and the Postal Inspection Service.

The parcel has now been missing for over a week and it is unlikely that it will be found. An internal investigation into the disappearance of the parcel is ongoing.

If further information or investigation is needed, please contact me at the address or telephone number listed below.

Sincerely,

Gabriel Rodriguez
U.S. Postal Inspector
Los Angeles Division
United States Postal Inspection Service
P.O. Box 1684
San Bernardino, CA 92402
24 Hour: 877-876-2455